JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELSA DIAZ DELGADO,

    Petitioner,

v.

WARDEN RICOLCOL,

    Respondent.

Case No. 2:24-cv-08019-JLS-JC

JUDGMENT

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and this action are dismissed.

DATED: December 30, 2024

                                                _____
                                                HONORABLE JOSEPHINE L. STATON
                                                UNITED STATES DISTRICT JUDGE